■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMEL BARRETT, Appellant. [807 NYS2d 881]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 25, 2005 (*People v Barrett*, 17 AD3d 688 [2005]), affirming a judgment of the Supreme Court, Queens County, rendered September 8, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Florio, J.P., Adams, Luciano and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BASTON, Appellant. [807 NYS2d 882]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mangano, Jr., J.), rendered December 10, 2001, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the validity of his plea of guilty are belied by the record, which shows that the court conducted a careful and thorough allocution and that the defendant entered a knowing, intelligent, and voluntary plea. Accordingly, the court providently exercised its discretion (*see* CPL 220.60 [3]) in denying the defendant's motion to withdraw his plea of guilty (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Abney*, 10 AD3d 617 [2004]; *People v Kessler*, 5 AD3d 504, 505 [2004]; *see also People v LaFurno*, 8 AD3d 498, 499 [2004]). Schmidt, J.P., Mastro, Spolzino and Lunn, JJ., concur.